IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND BALESTRA, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>ATBCOIN LLC, EDWARD NG, HERBERT W. HOOVER,<br><br>      Defendants. | C.A. No 1:17-cv-10001<br><br>Hon. Vernon S. Broderick<br><br><u>CLASS ACTION</u> |

**DECLARATION OF PLAINTIFF IN SUPPORT OF ITS UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF PROPOSED CLASS ACTION SETTLEMENT**

I, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I, Raymond Balestra ("Balestra," "Plaintiff," or "Lead Plaintiff") respectfully submits this Declaration in support of our Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement. I have personal knowledge about the information in this Declaration.

2. I am Lead Plaintiff in this action. In this role, I have regularly communicated with our attorneys at Levi & Korsinsky, LLP about the litigation. I have also reviewed the various pleadings and motions filed in this action.

3. On March 31, 2020, I was informed of the most recent offer of settlement by ATBCOIN, LLC ("ATB"), Edward Ng ("Ng"), and Herbert W. Hoover ("Hoover" and together with ATB and Ng, "Defendants") to resolve the claims asserted by us and on behalf of the class against Defendants. However, I am also informed that I and the class shall retain the right to submit a claim and receive further remuneration from any funds recovered by the United States

Securities and Exchange Commission in connection with any litigation against any of the Defendants, through the mechanism of a Fair Fund or any similar disgorgement process.

4. I am aware of Defendants' current financial position to fund a larger settlement and that if litigation continues against Defendants, absent the settlement presented here for the Court's approval, that there is a risk that the members of the class may recover nothing from Defendants.

5. I understand that the settlement amount is less than total possible damages that could result from the allegations in the above-captioned action and the action I commenced in the United States District Court for the Southern District of New York against Defendants. However, I also understand that simultaneously with transfer of the Settlement Amount, Defendants shall be deemed to reject Lead Plaintiff's demand for rescission of the investments made by Plaintiff and the Class relating to the ATBCOIN ICO and/or compensatory damages. I also realize that assuming success on all issues of liability and damages would be imprudent.

6. I believe that the proposed settlement presents a favorable outcome for the Class as it secures an immediate benefit for the class given the risks of proving liability against Defendants, the current financial position of Defendants, and the costs and difficulties in litigating this case and leveraging any resulting judgment against.

7. Accordingly, I authorized Levi & Korsinsky to accept to accept the offer of settlement, which was later memorialized in the Stipulation and Agreement of Settlement.

8. If approved by the Court, the settlement will resolve this matter in its entirety against Defendants and restore a substantial sum of money to investors who suffered damages as a result of the alleged fraud. The Court should grant our motion and preliminarily approve the settlement so that notice can be sent to the rest of the class and the Court can schedule a final approval hearing to determine once and for all whether the settlement should be confirmed.

9. I understand that Levi & Korsinsky intends to request an award for attorneys' fees not to exceed 33% to compensate the firm for its time, risk, and effort in litigating the actions against Defendants. I further understand that Levi & Korsinsky intends to seek reimbursement of expenses incurred in litigating the actions not to exceed $20,000. The outcome Levi & Korsinsky achieved in this action supports the attorneys' fees and reimbursement of expenses they intend to seek.

10. I remain ready, willing, and able to continue to represent the interests of the class throughout the settlement process and by continuing to litigate the claims against the named individual defendants who are not parties to the proposed settlement.

11. Attached as **EXHIBIT A** to this Declaration is a true and correct copy of my ATBCOIN purchase history, detailing my August 21, 2017 purchase of 388.5 ATBCOIN for 2.100441 Ethereum.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true and correct to the best of my knowledge

Executed this 1 day of April, 2020
Signed: *Raymond Balestra*
Name: Raymond Balestra