UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
RAYMOND BALESTRA,

                       Plaintiff,

             -against-                       17-CV-10001 (VSB)

ATBCOIN LLC, et al.,                       **ORDER**

                       Defendants.
-------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On July 8, 2020, I held a telephonic conference in this matter regarding defense counsel's motion to withdraw as attorney for Defendants, and the pending motions for preliminary settlement approval and to enforce settlement. At the conference I ordered the parties to appear for a telephonic hearing on defense counsel's motion on August 5, 2020, at 11:00 a.m.

       The dial-in information for the conference is as follows: 1-888-363-4749, conference access code 2682448.

SO ORDERED.

Dated:    August 3, 2020
             New York, New York

                                                        Vernon S. Broderick
                                                         United States District Judge