```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    RAYMOND BALESTRA,                               :
                                                    :
                        Plaintiff,                  :
                                                    :
            -against-                               :      17-CV-10001 (VSB)
                                                    :
    ATBCOIN LLC, et al.,                            :           ORDER
                                                    :
                        Defendants.                 :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On August 5, 2020, I held a telephonic hearing in this matter regarding counsel for Defendants Reitler Kailas & Rosenblatt LLC's ("Defense Counsel") motion to withdraw as attorney for Defendants. (Doc. 74). Accordingly, for the reasons stated on the record at the August 5, 2020, hearing, Defense counsel's motion to withdraw as attorney for Defendants is GRANTED. It is responsibility of Defendants Edward Ng, and Herbert W. Hoover ("Pro se Defendants") to inform the pro se office of their contact information and file a notice of appearance on the docket. Pro se Defendants are advised that ABTCOIN LLC may not appear and be represented pro se.

IT IS FURTHER ORDERED that Defendants are directed to file a letter on the docket on or before August 28, 2020: (1) indicating whether they intend to retain counsel; (2) opposing, if they so desire, the motion for preliminary approval of the settlement, (Doc. 64), and the motion to enforce the settlement, (Doc. 70); and (3) indicating whether they intend to remain in the settlement, abide by the terms of the settlement, and fund the settlement. Pro se Defendants may file a joint letter or individual letters, but each Pro se Defendant must respond to the issues and question raised in this Order.

IT IS FURTHER ORDERED, that Plaintiffs shall file their supplemental papers related to their motion for preliminary approval of the settlement, as discussed during the August 5, 2020, hearing, on or before August 28, 2020.

IT IS FURTHER ORDERED that Counsel for Defendants are directed to send a copy of this Order, with the attached notice if appearance, to the Defendants.

SO ORDERED.

Dated:  August 7, 2020
        New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge