```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   17cv10001 (DLC)
RAYMOND BALESTRA, individually and on    :
behalf of all others similarly           :
situated,                                :   ORDER
                                         :
                    Plaintiffs,          :
          -v-                            :
                                         :
ATBCOIN LLC, EDWARD NG, and HERBERT W.   :
HOOVER,                                  :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On July 11, 2022, the lead plaintiff filed a motion for class certification. Accordingly, it is hereby

ORDERED that the defendants shall file any opposition to the motion for class certification by **September 16, 2022**. The lead plaintiff's reply, if any, shall be filed by **September 30, 2022**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the lead plaintiff's counsel must serve this Order on all defendants. If ATBCoin LLC ("ATBCoin") is not currently represented by counsel, the lead plaintiff must serve this Order on ATBCoin's prior counsel, Reitler Kailas & Rosenblatt LLC.

IT IS FURTHER ORDERED that if ATBCoin is not currently

represented by counsel in this action, counsel must file a notice of appearance on behalf of ATBCoin by **September 16, 2022**. If ATBCoin remains unrepresented after **September 16, 2022**, the lead plaintiff must move for an entry of a default against ATBCoin by **September 30, 2022**. Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions.

Dated:   New York, New York
         August 25, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge