IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND BALESTRA, *individually and on behalf of all others similarly situated,*<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ATBCOIN LLC, EDWARD NG, and HERBERT HOOVER,<br><br>　　　　　　　　　　Defendants. | 17-cv-10001 |

### [PROPOSED] DEFAULT JUDGMENT

It is **HEREBY ORDERED** that final default judgment is entered against defendants ATBCOIN LLC, Edward Ng, and Herbert Hoover (collectively, the "Defaulting Defendants"). Pursuant to Sections 12(a)(1-2) and 15(a) of the Securities Act of 1933 (15 U.S.C. 77l(a) & 77o(a)), each of the Defaulting Defendants shall be jointly and severally liable to Plaintiffs and the Class for damages in the amount of $20,400,00.00 (the "Damages Figure"). It is **FURTHER ORDERED** that including pre-judgment interest per 28 U.S. Section 1961, the total figure for which the Defaulting Defendants are liable is $_____ (the "Total Damages Figure"), plus post-judgment interest at the rate of _____% per annum, computed daily from the date of this Order to the date of payment and compounded annually.

**IT IS SO ORDERED AND ADJUDGED**

Dated:

_____
Denise L. Cote

United States District Judge