UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :    17cv10001 (DLC)
RAYMOND BALESTRA, individually and on  :
behalf of all others similarly         :
situated,                              :    ORDER
                                       :
                       Plaintiffs,     :
            -v-                        :
                                       :
ATBCOIN LLC, EDWARD NG, and HERBERT W. :
HOOVER,                                :
                                       :
                       Defendants.     :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

The plaintiffs having requested a default judgment against the defendants on November 2, 2022, it is hereby

ORDERED that the plaintiffs shall serve this Order and the underlying papers on the defendants on or before **November 9, 2022** by certified overnight mail.

IT IS FURTHER ORDERED that a default judgment hearing will be held on **December 16, 2022** at **10:00 A.M.** in Courtroom 18B, 500 Pearl Street, New York NY 10007. Failure of the defendants to appear will result in entry of a default or a default judgment.

Dated:    New York, New York
          November 7, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge